FILED

AUG 04 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25 CR - 274 JDR |
| Plaintiff, | INDICTMENT |
| v. | [18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor; |
| ALEXANDER DOUGLAS GOINS, a/k/a "Alex Goins," a/k/a "onlyforyou," | Forfeiture Allegation: 18 U.S.C. § 2428 – Sex Trafficking Forfeiture] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

From on or about May 9, 2025, to on or about May 28, 2025, in the Northern District of Oklahoma, the defendant, **ALEXANDER DOUGLAS GOINS**, a/k/a "Alex Goins," a/k/a "onlyforyou," used any facility of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce an individual whom he believed had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION
[18 U.S.C. § 2428]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **ALEXANDER DOUGLAS GOINS**, a/k/a "Alex Goins," a/k/a "onlyforyou," shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law. The property to be forfeited includes, but is not limited to:

**ELECTRONICS**

A Motorola G, Model XT2513-2, Serial Number ZY32L6P62P.

All pursuant to Title 18, United States Code, Section 2428.

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
STEPHEN N. SCAIFE  
Assistant United States Attorney

/s/ Grand Jury Foreperson  
Grand Jury Foreperson

2